Document has been removed from the docket.